UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE AMASON,<br><br>             Plaintiff,<br><br>    v.<br><br>R. CULVERSON, et al.,<br><br>             Defendants. | No. 2:15-cv-1765 KJN P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

      In his application, plaintiff asks the court to refer to his in forma pauperis application that he filed and which was granted in another action in this court, Amason v. Wedell, 2: 12-cv-0388 KJN P. Plaintiff suggests that that he should not be required to file another fully completed in forma pauperis application in the instant action based on the in forma pauperis application filed

1

and granted in his other action.  Plaintiff is informed that he is required to file a properly completed in forma pauperis application in the instant action in order to proceed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  September 30, 2015

amas1765.3c+.new

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE